IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOEL NOONKESTER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:22-cv-00223-O |
| | § |
| CAPITAL MANAGEMENT HOLDINGS, LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 84) on Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 73). No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 73) is **DENIED.**

**SO ORDERED** on this **13th day** of **September, 2023**.

*[Signature]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE