**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **JOEL NOONKESTER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00223-O |
| § | |
| **CAPITAL MANAGEMENT** § | |
| **HOLDINGS, LLC, *et al.*,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS in part and DENIES in part** Plaintiff's Motion for Attorney's Fees (ECF No. 77) and **ORDERS** Defendants to pay Plaintiff's attorney's fees and costs under the Offer of Judgment for 100 hours of service compensated at a rate $400.00 per hour for a total of $40,000.00, plus $9,796.53 in costs.

**SO ORDERED** on this **7th day** of **August, 2024.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**