IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOEL NOONKESTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00223-O |
| | § | |
| CAPITAL MANAGEMENT | § | |
| HOLDINGS, LLC, *et al.*, | § | (Consolidated with Civil Action No. |
| | § | 4:21-cv-00700-O) |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for an Order Requiring Capital Management Holdings, LLC to Show Cause Why It Should Not be Held in Contempt for Failing to Comply with the Court's Order of April 28, 2022 (ECF No. 61 in Civil Action No. 4:21-cv-00700-O) is **DENIED**.

**SO ORDERED** on this **26th day of September, 2024.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE